# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEMARCO HUBBARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-12-869-M |
| | ) |
| LESTER ROBERISON and | ) |
| SHEILA VAUGHN, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On December 10, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended dismissal of this action pursuant to 42 U.S.C. § 1997e (c)(1) because it is frivolous. The parties were advised of their right to object to the Report and Recommendation by December 27, 2012. Plaintiff's objection was filed on December 17, 2012.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on December 10, 2012, and

(2) DISMISSES this action pursuant to 42 U.S.C. § 1997e(c)(1).

**IT IS SO ORDERED this 19th day of December, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE